JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED RAZA, | Case No. 5:26-cv-01729-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN et al, | |
| Respondent. | |

Pursuant to the Order Granting Petition, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.

Dated: May 19, 2026

_____
HONORABLE MARGO A. ROCCONI
United States Magistrate Judge